FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 FEB 14  PM 1: 24

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUBEN AGUILERA-SANTACRUZ,<br><br>Defendant. | 8:25-PO-1<br><br>INFORMATION<br>8 U.S.C. § 1302(a)<br>8 U.S.C. § 1306(a) |

The Acting United States Attorney charges:

COUNT I

From on or about March 8, 2024, to on or about February 8, 2025, in the District of Nebraska and elsewhere, the defendant, RUBEN AGUILERA-SANTACRUZ, an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to make such application or to be fingerprinted as required.

In violation of Title 8, United States Code, Sections 1302(a) and 1306(a).

UNITED STATES OF AMERICA,
Plaintiff

MATTHEW R. MOLSEN
Acting United States Attorney
District of Nebraska

By: _____
KATHRYN A. PFLUG, #27650
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: kathryn.pflug@usdoj.gov

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KATHRYN A. PFLUG, #21650
Assistant U.S. Attorney